IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

**Civil Action No. 03-CV-02319-WDM-MJW**

OLOYEA D. WALLIN,

Plaintiff(s),

v.

CMI, et al.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Pro Se Incarcerated **Plaintiff's Motion for Order for Extra Ordinary Relief Requiring Colorado Department of Corrections and Arkansas Valley Correctional Facility to Provide Photocopies at Plaintiff Expenses for the Remaining of the Legal Action, Filed with the Court on June 22, 2005** (docket no. 81) is GRANTED as follows.  The Colorado Department of Corrections (CDOC) and the Arkansas Valley Correctional Facility (AVCF) shall provide copies of legal materials and documents to the Pro Se Incarcerated Plaintiff concerning his pending cases but the Pro Se Incarcerated Plaintiff must first pay the copying cost for such legal materials and documents.  Moreover, the Pro Se Incarcerated Plaintiff must still follow the rules and regulations of CDOC and AVCF in having materials and documents in his cell.

It is FURTHER ORDERED that the Pro Se Incarcerated Plaintiff shall attach a certificate of mailing to any future motions or pleadings filed with this court.

Date:  June 29, 2005