IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

**Civil Action No. 03-CV-02319-WDM-MJW**

OLOYEA D. WALLIN,

Plaintiff(s),

v.

CMI, et al.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the plaintiff's Motion for Relief from Order Dated June 29, 2005 Pursuant to Fed.R.Civ.P. [sic] 60(b), which was filed on August 8, 2005 (Docket No. 95), is DENIED. The court did not misinterpret the plaintiff's request for relief. It is well established that an inmate does not have a constitutional right to free or unlimited access to a photocopier. Harrell v. Keohane, 621 F.2d 1059, 1061 (10th Cir. 1980). Furthermore, this court will not make plaintiff's copies and send them to the other parties.

Date: August 8, 2005