IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

**Civil Action No. 03-CV-02319-WDM-MJW**

OLOYEA D. WALLIN,

Plaintiff(s),

v.

CMI, et al.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the plaintiff's Motion to Vacate August 2, 2005, Deadline for Joinder of Parties and Amendment to Pleadings Within the Scheduling Order, which was filed on August 8, 2005 (Docket No. 96), is granted to the following extent. The Scheduling Order is amended so as to extend the deadline for joinder of parties and amendment of pleadings up to and including September 9, 2005.

Date: August 9, 2005