IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 03-cv-02319-WDM-MJW**

OLOYEA D. WALLIN,

Plaintiff,

v.

CMI, et al.,

Defendants.

## MINUTE ORDER

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

      It is hereby ORDERED that the Plaintiff's Motion to Deem Plaintiff's Complaint Allegations Against Defendant Mary Demming as Admitted, which was filed on October 6, 2005 (Docket No. 132), is denied.  Contrary to plaintiff's assertion in that motion, defendant Marye Deming did file an Answer to Plaintiff's Amended Complaint (Docket No. 123) on September 21, 2005.

Date: October 7, 2005