IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 03-cv-02319-WDM-MJW**

OLOYEA D. WALLIN,

Plaintiff,

v.

CMI, et al.,

Defendants.

**MINUTE ORDER**

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

    It is hereby ORDERED that the Plaintiff's Motion for Court to Order Defendants to Comply with Fed.R.Civ.P. 5(a) and (b), which was filed on October 19, 2005 (Docket No. 147), is denied. A review of the certificates of mailing attached to recent filings by defense counsel (including the Answer filed by defendant Deming, Docket No. 123) shows that copies have been mailed to the plaintiff.

Date: October 20, 2005