IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 03-cv-02319-WDM-MJW**

OLOYEA D. WALLIN,

Plaintiff,

v.

CMI, et al.,

Defendants.

## MINUTE ORDER

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

    It is hereby **ORDERED** that the Pro Se Incarcerated Plaintiff's Motion to Amend Scheduling Order (docket no. 127) is **GRANTED** as follows.  The deadline to complete discovery is extended to January 31, 2006.  The deadline to file dispositive motions is extended to January 31, 2006.  The Rule 16 Scheduling Order is amended consistent with this Order.  The Final Pretrial Conference remains set on May 1, 2006, at 8:30 a.m.  The parties shall submit their proposed Final Pretrial Order to Magistrate Judge Watanabe on April 25, 2006.

Date: October 24, 2005