IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 03-cv-02319-WDM-MJW**

OLOYEA D. WALLIN,

Plaintiff,

v.

CMI, et al.,

Defendants.

## MINUTE ORDER

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Defendants' Motion for Extension of Time to Designate Experts, which was filed on October 25, 2005 (Docket No. 156), is granted. Accordingly, defendants shall have up to and including December 5, 2005, to designate their experts. The Scheduling Order is amended accordingly. It is further

**ORDERED** that the Defendants' Motion to Continue Settlement Conference Scheduled for November 3, 2005, which was filed on October 25, 2005 (Docket No. 157), is granted. Accordingly, the Settlement Conference set for November 3, 2005, at 1:30 p.m. is **vacated and reset to** February 21, 2006, at 8:30 a.m. Plaintiff shall be permitted to participate by telephone. The court's telephone number is (303) 844-2403. The parties shall submit their confidential settlement statements to the court no later than five (5) business days before the Settlement Conference. It is further

**ORDERED** that the Defendants' Motion for Leave to Take Deposition of Person Confined in Prison, which was filed on October 25, 2005 (Docket No. 154), is granted. Defendants are thus granted leave to depose the incarcerated plaintiff.

Date: October 27, 2005