IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 03-cv-02319-WDM-MJW**

OLOYEA D. WALLIN,

Plaintiff,

v.

CMI, et al.,

Defendants.

```
                    FILED
            UNITED STATES DISTRICT COURT
                DENVER, COLORADO

              OCT 27 2005

            GREGORY C. LANGHAM
                              CLERK
```

---

### ORDER DIRECTING SERVICE UPON DEFENDANT RYAN BRADLEY

---

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

During a Show Cause Hearing on October 24, 2005 (See Docket No. 151), and subsequently in a letter to the court filed on October 26, 2005 (Docket No. 159), the pro se plaintiff provided the court with what the plaintiff claims is the home address of defendant Ryan Bradley, namely, 3257 South Parker Road, Aurora, CO 80014. In addition, plaintiff has advised that this defendant's alleged place of employment is with the Department of Corrections. The court, however, has already attempted to obtain a waiver of service of this defendant through the Department of Corrections, but the documents were just returned to the court with a note that service could not be accepted for Bradley because he is not a Colorado Department of Corrections Employee. (Docket No. 152, filed October 24, 2005). Therefore, it would be futile to make another attempt at service at the Department of Corrections. Based upon this information it is hereby

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from defendant Bradley. If unable to do so, the United States Marshal shall serve a copy of the Amended Complaint and summons upon defendant Bradley at the alleged home address provided above. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is further

ORDERED that defendant Bradley or his counsel shall respond to the Amended Complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

Date: October 27, 2005　　　　　　s/Michael J. Watanabe
　　　　Denver, Colorado　　　　　　Michael J. Watanabe
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   03-cv-02319-WDM-MJW

Oloyea D. Wallin
Prisoner No. 111389
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

Daniel M. Hubbard
Pryor Johnson Carney Kar Nixon, P.C.
5619 DTC Parkway #1200
Greenwood Village, CO 80111-3061
dhubbard@pjmck.com
Scott Sherman Nixon
snixon@pjckn.com
Steven J. Weinczkowski
swienczkowski@pjckn.com

US Marshal Service
Service Clerk
Service forms for:  Ryan Bradley


    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to The U.S. Marshal Service for process of service on Ryan Bradley: AMENDED COMPLAINT FILED 11/3/04, SUMMONS, AND CONSENT FORM on 10/27/05.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk