IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 03-cv-02319-WDM-MJW

OLOYEA D. WALLIN,

    Plaintiff,

v.

CMI, et al.,

    Defendants.

---

**NOTICE OF DISMISSAL AS TO ONE DEFENDANT ONLY**

---

The court construes plaintiff's October 6, 2005 letter, as a Notice of Dismissal as to defendant Aaron Cherino in accordance with Fed. R. Civ. P. 41(a)(1)(i). Accordingly, this case is dismissed without prejudice as to defendant Aaron Cherino only, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on October 31, 2005.

                                    BY THE COURT:

                                    /s/ Walker D. Miller
                                    United States District Judge

PDF FINAL