IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 03-cv-02319-WDM-MJW**

OLOYEA D. WALLIN,

Plaintiff,

v.

CMI, et al.,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 23 2005

GREGORY C. LANGHAM
CLERK

---

### ORDER DIRECTING SERVICE UPON DEFENDANT MONIQUE M. MARTEL

---

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

   Plaintiff has identified defendant Ms. Jane Doe as Ms. Monique M. Martel, R.N., F.N.P., located at Martel Medical Office, Inc., 3555 S. Sherman Street, Suite 8-A, Englewood, CO 80110. Based upon this information it is hereby

   ORDERED that the Amended Complaint (Docket No. 21) is amended to substitute Monique M. Martel, R.N., F.N.P., for defendant Ms. Jane Doe. It is further

   ORDERED that if appropriate, the Clerk shall attempt to obtain a waiver of service from defendant Martel. If unable to do so, the United States Marshal shall serve a copy of the Amended Complaint and summons upon defendant Martel at the alleged address provided above. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is further

   ORDERED that defendant Martel or his counsel shall respond to the Amended Complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

Date: November  , 2005           s/Michael J. Watanabe
      Denver, Colorado           Michael J. Watanabe
                                 United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 03-cv-02319-WDM-MJW

Oloyea D. Wallin
Prisoner No. 111389
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

Daniel M. Hubbard
Pryor Johnson Carney Kar Nixon, P.C.
5619 DTC Parkway #1200
Greenwood Village, CO 80111-3061
dhubbard@pjmck.com
Scott Sherman Nixon
snixon@pjckn.com
Steven J. Weinczkowski
swienczkowski@pjckn.com

US Marshal Service
Service Clerk
Service forms for: Monique M. Martel

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to The U.S. Marshal Service for process of service on Monique M. Martel: AMENDED COMPLAINT FILED 11/3/04, COMPLAINT FILED 11/20/03, SUMMONS, AND CONSENT FORM on 11/23/05.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk