IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 03-cv-02319-WDM-MJW**

OLOYEA D. WALLIN,

Plaintiff,

v.

CMI, et al.,

Defendants.

## MINUTE ORDER

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

      It is hereby ORDERED that the Defendants' Motion to Compel Notarized Releases from Plaintiff (docket no. 179) is GRANTED for those reasons as stated in this motion. The Pro Se Incarcerated Plaintiff shall forthwith sign and execute notarized releases for the Arkansas Valley Correctional Facility and the Arapahoe County Detention Facility. Defendants shall provide such releases for the Pro Se Incarcerated Plaintiff's signature forthwith. The Pro Se Incarcerated Plaintiff shall sign and execute such releases within 10 days from the date of this Order. Failure by the Pro Se Incarcerated Plaintiff to comply with this Order may result in sanctions. Each party shall pay their own attorney fees and costs for this motion.

Date:  December 6, 2005