IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-02319-WDM-MJW

OLOYEA D. WALLIN,

    Plaintiff,

v.

CMI, et al.,

    Defendants.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

    This matter is before me on the recommendation of Magistrate Judge Michael J. Watanabe, issued November 22, 2005, that the claims against defendants Abbott and Cannon-Grant be dismissed for failure to serve. Plaintiff failed to file an objection to this recommendation and therefore is not entitled to *de novo* review. 28 U.S.C. § 636(b).

    I have reviewed the pertinent portions of the record in this case, and I agree with Magistrate Judge Watanabe's conclusion. The record indicates that Magistrate Judge Watanabe has been very accommodating in an attempt to facilitate service on these defendants, holding four hearings on the matter. Nonetheless, Plaintiff has been unable to complete service, and it has now been over twenty-five months since Plaintiff filed his complaint against Abbott and Cannon-Grant. Therefore, I agree with Magistrate Judge Watanabe that dismissal pursuant to Fed. R. Civ. P. 4(m) for failure

to serve is appropriate.

Accordingly, it is ordered:

1. The recommendation of Magistrate Judge Watanabe, issued November 22, 2005 (Docket No. 182), is accepted.

2. Plaintiff's claims against defendants Cannon-Grant and Abbott are dismissed without prejudice.

DATED at Denver, Colorado, on January 3, 2006.

BY THE COURT:


/s/ Walker D. Miller
United States District Judge