IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 03-cv-02319-WDM-MJW**

OLOYEA D. WALLIN,

Plaintiff,

v.

CMI, et al.,

Defendants.

---

**MINUTE ORDER**

---

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Defendants' Motion to Extend Discovery and Dispositive Motions Deadlines, which was filed on January 25, 2006 (Docket No. 214), is granted.  Accordingly, the Scheduling Order is amended to extend the dispositive motions and discovery deadlines to and including March 1, 2006.

Date: January 27, 2006