IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-02319-WDM-MJW

OLOYEA D. WALLIN,

    Plaintiff(s),

v.

CMI, et al.,

    Defendant(s).
_____

**MINUTE ORDER**
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    The motion to file late objection is granted.

Dated: February 7, 2006

                                                      s/Jane Trexler, Secretary/Deputy Clerk