IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 03-cv-02319-WDM-MJW**

OLOYEA D. WALLIN,

Plaintiff,

v.

CMI, et al.,

Defendants.

## MINUTE ORDER

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

     It is hereby **ORDERED** that the Defendants' Motion to Vacate Settlement Conference Scheduled for February 21, 2006, which was filed on February 8, 2006, (Docket No. 228), is granted.  Accordingly, the Settlement Conference set for February 21, 2006, at 8:30 a.m., is **vacated and reset to** May 8, 2006, at 1:30 p.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.   The Plaintiff shall participate by telephone.  The court's telephone number is (303) 844-2403.  The case manager for Plaintiff Oloyea Wallin shall ensure his availability for this conference.

     It is **FURTHER ORDERED** that ECF participants shall e-mail their Confidential Settlement Statements to chambers with a subject line "Confidential Settlement Statement" to: Watanabe_Chambers@cod.uscourts.gov, no later than five (5) business days prior to the settlement conference date.  The Confidential Settlement Statement should be in PDF format and sent as an *attachment* to the e-mail.  Statements containing more than 15 pages *should also be submitted to chambers on paper* (hard copy), with the envelope addressed to "Magistrate Judge Watanabe Chambers, Personal and Confidential".  Confidential Settlement Statements prepared by parties not represented by counsel, or without access to ECF, shall be submitted on paper to the Clerk's Office.

Date:   February 9, 2006