IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 03-cv-02319-WDM-MJW**

OLOYEA D. WALLIN,

Plaintiff,

v.

CMI, et al.,

Defendants.

MINUTE ORDER

Entered by U.S. Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Pro Se Incarcerated Plaintiff Wallin's Motion for Excusable Neglect (docket no. 292) is GRANTED.

It is FURTHER ORDERED that the Pro Se Incarcerated Plaintiff Wallin's Motion fro Extension of Time to File Response/Reply [sic] to Defendant Martel's Motion for Summary Judgment (docket no. 289) is GRANTED.

It is FURTHER ORDERED that the Pro Se Incarcerated Plaintiff Wallin's "Amended Plaintiff's Response in Opposition to Defendant Martel's Motion for Summary Judgment is accepted for filing and will be considered by this court.

Date:  October 24, 2006