IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-02319-WDM-MJW

OLOYEA D. WALLIN,

    Plaintiff,

v.

CMI, et al.,

    Defendants.

**MINUTE ORDER**

The following Minute Order is entered by Judge Walker D. Miller:

Plaintiff's second motion for extension of time to file objection (doc. no. 308) and motion for excusable neglect (doc. no. 312) are denied.

Dated: March 14, 2007

                                          s/Jane Trexler, Secretary/Deputy Clerk